"O"

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEVE SALEEN, et al.** | **CASE NO. SACV 09-1114 AG (PLAx)** |
| Plaintiffs, | |
| v. | **PRELIMINARY INJUNCTION ORDER** |
| **PEXT, INC., et al.** | (Issued concurrently with Order Granting In Part PEXT's Motion to Dismiss, Granting MJA's Motion to Dismiss, and Granting Motion for Preliminary Injunction) |
| Defendants. | |
| **AND RELATED ACTIONS** | |

/ /

/ /

/ /

/ /

1  Based on the evidence and arguments submitted concerning the Motion for Preliminary
2  Injunction filed by MJ Acquisitions. Inc. ("MJA"), the Court ORDERS the following
3  Preliminary Injunction.  SMS Limited, and its officers, agents, servants, employees, and
4  attorneys, and other persons in active concert or participation with any of them are, if they have
5  actual notice of this Order under Federal Rule of Civil Procedure 65(d)(2):

7  Enjoined from using the Saleen Marks and the "Silhouette" logo;

9  Enjoined from using "Saleen," "Saleen Performance Vehicles," or any word or term
10 incorporating "Saleen" to market or sell SMS's products; and

12 Enjoined from referring to its products as "true Saleen," "real Saleen," "genuine Saleen," or
13 "new Saleen" products; but,

15 *Not* enjoined from using the name "Steve Saleen" to describe Steve Saleen's association with
16 SMS Limited or its products, or to describe Steve Saleen's biographical information in a way
17 that will not violate MJA's intellectual property rights.  For example, SMS may state that a car is
18 "Designed by Steve Saleen," but may not state that a car is "Designed by Saleen."

20 This Order will become effective on MJA's posting a bond in the amount of $2 million,
21 and it is issued without prejudice to it being expanded or contracted on a showing by the parties
22 that an expansion or contraction of this Order is appropriate.

24 IT IS SO ORDERED.
25 DATED: January 8, 2009

                                                          Andrew J. Guilford
                                                          United States District Judge